32285.   NORTHSIDE FARMERS MARKET INC. *v.* WRIGHT *et al.*

FELTON, J.   The only method now provided by law for the arresting of a distress warrant is that of the filing of a counter-affidavit alleging that the sum distrained for, or some part thereof, is not due, together with security for the eventual condemnation money where the tenant takes possession of the property.   Code, § 61-404; *McCulloch* v. *Good, Small & Co.,* 63 *Ga.* 519; *Huckaby* v. *Brooks,* 75 *Ga.* 678; *Speed Oil Co.* v. *Aldredge,* 192 *Ga.* 285 (15 S. E. 2d, 214); *Withers* v. *Hopkins Place Savings Bank,* 104 *Ga.* 89 (30 S. E. 766).   In the absence of a counter-affidavit as required by the Code there is no case in court and the court does not have jurisdiction to decide any issues, whether on motion to dismiss the levy as here, or otherwise.   *Kennedy* v. *Miller,* 179 *Ga.* 234

(175 S. E. 588), and cases cited; *Smith* v. *Green & Postell*, 34 *Ga.* 178; *Brown* v. *Brown*, 99 *Ga.* 168 (25 S. E. 95); *Andrews* v. *Sims*, 27 *Ga. App.* 338 (108 S. E. 258); *Gober* v. *Barry*, 4 *Ga. App.* 4 (60 S. E. 807). The court did not err in sustaining the demurrer to the motion to dismiss the levy. It is not necessary to decide the various questions raised by the motion to dismiss the levy.

*Judgment affirmed. Sutton, C. J., and Parker, J., concur.*

DECIDED FEBRUARY 17, 1949.

624

*G. S. Peck,* for plaintiff in error.

*Hewlett & Dennis, Charles S. Barton, T. F. Bowden, Mrs. Florence H. Dendy,* contra.